IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-103-D

| | | |
|---|---|---|
| DRUSSCILLA M. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DON DON'Ss JAMAICAN SOULFOOD CAFE & BAR, and DON HOLDEN, | ) ) ) | |
| Defendants | ) | |

On April 12, 2011, plaintiff filed a motion for voluntary dismissal [D.E. 4]. In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the action is DISMISSED without prejudice.

SO ORDERED. This 27 day of April 2011.

JAMES C. DEVER III
United States District Judge